JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>          v.<br><br>CARLOS JONATHAN<br>GONZALEZ BECERRA,<br>    Defendant. | CV 23-6292 DSF<br>CR 20-0006 DSF<br><br>JUDGMENT |

The Court having denied Defendant's motion under 28 U.S.C. § 2255,

IT IS ORDERED AND ADJUDGED that Defendant not receive the relief requested in the motion.

Date:  August 11, 2023

_____
Dale S. Fischer
United States District Judge